IN RE: Charles Edwin PFIESTER
Arkansas Bar No. 91263

06-461

Supreme Court of Arkansas
Opinion delivered May 11, 2006

PER CURIAM. Upon recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender of the law license of Charles Edwin Pfiester, Mountain View, Arkansas, to practice law in the State of Arkansas. There are no pending disciplinary complaints against Mr. Pfiester. Mr. Pfiester's name shall be removed from the registry of licensed attorneys, and he relinquishes his privilege to practice law in this state.

It is so ordered.